# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA L. MEDLEY,   | CASE NO. 1:07-cv-01774 AWI DLB PC |
| Plaintiff,         | ORDER DENYING MOTION |
| vs.                | [Doc. 9] |
| Lt. N. COOPER,     | |
| Defendant.         | |

Plaintiff Laura Medley ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the complaint upon which this action proceeds on December 6, 2007, and the court granted plaintiff leave to proceed in forma pauperis on December 27, 2007. On April 22, 2008, plaintiff moved for an order directing the United States Marshal to serve defendant with the complaint..

By order filed December 27, 2007, plaintiff was advised that the court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). Further, plaintiff was advised that the court will direct the United States Marshal to serve the complaint only after it has determined that the complaint contains cognizable claims for relief against the named defendants; that the court has not yet screened plaintiff's complaint, but will do so in due course; and that , until the court has screened the complaint, any request for service by the Marshal is premature and will be denied.

1  The court has not yet screened plaintiff's complaint, but will do so in due course. Until the court
2  has screened the complaint, any request for service by the Marshal is premature and will be denied.
3  Accordingly, it is HEREBY ORDERED that plaintiff's April 22, 2008 motion is DENIED.
4  IT IS SO ORDERED.
5  Dated:   **April 25, 2008**           /s/ **Dennis L. Beck**
                                          UNITED STATES MAGISTRATE JUDGE